UNITED STATES DISTRICT COURT

FOR THE

SOUTEHRN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SUSAN GURSAHAI, | ) | Docket No.: 25-cv-5111 |
| Plaintiff, | ) | PLAINTIFF'S MOTION FOR CONSOLIDATION |
| -against- | ) | |
| ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, ERIC J. NESTLER, LIDIJA IVIC, and BARBARA G. VICKREY, | ) | **MEMO ENDORSED** |
| Defendants, | ) | |

PLEASE TAKE NOTICE that upon Counsel's memorandum of law, and exhibits, the Plaintiff moves the Court for consolidation relief, moving the Court at the Courthouse located at 500 Pearl Street, as soon as the parties may be heard for said relief.

Dated: July 14, 2025
Woodhaven, New York

Civil Rights Consortium
ATTORNEYS FOR THE PLAINTIFF

BY: *E. Dubois Raynor, Jr.*
E. Dubois Raynor, Esq.

---

Gursahai is directed to file a letter, attaching a statement of relatedness, alerting both Judge Submaranian and this Court of her request to consolidate the instant action with *Pasinetti v. Icahn School of Medicine at Mount Sinai, et al*, 24-cv-7688.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/27/2025
New York, New York