

September 19, 2025

**SCOTT R. LANDAU**
**PARTNER**

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343 (direct dial)
slandau@aellaw.com

**Defendants' requested extension is GRANTED.**

**The Clerk of Court is directed to terminate the motion at Dkt. 20.**

**SO ORDERED.**

**BY ECF ONLY**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Arun Subramanian, U.S.D.J.**
**Date: September 22, 2025**

Re:   <u>Susan Gursahai v. Icahn School of Medicine at Mount Sinai, et al.</u>
      Civil Action No. 1:25-cv-05111

Dear Judge Subramanian:

We represent defendants Icahn School of Medicine at Mount Sinai, Eric J. Nestler, Lidija Ivic, and Barbara G. Vickrey (collectively "<u>Defendants</u>") in the above-referenced action, which was administratively reassigned from Judge Ramos to Your Honor on August 29, 2025 as related to the matter styled *Giulio Maria Pasinetti v. Icahn School of Medicine at Mount Sinai, et al.*, 1:24-cv-007688-AS. *See* Civil Docket for Case # 1:25-cv-05111 ("<u>Docket</u>"). Defendants write to respectfully request a short extension of their time, from September 26, 2025 to October 15, 2025, to file and serve their: (1) Motion to Dismiss plaintiff Susan Gursahai's ("<u>Plaintiff</u>") Complaint; and (2) opposition to Plaintiff's motion seeking preliminary injunctive relief staying her employment separation. The requested extension is needed because, at the time the parties set the prior briefing schedule they did not take into consideration the upcoming Jewish high-holidays, and Defendants need additional time to draft and finalize their submissions. This is Defendants' first request for such an extension, and Plaintiff's counsel has consented to this request.

We thank the Court for its time and attention to these matters.

Very truly yours,

By:   /s/ *Scott R. Landau*
      Scott R. Landau
      Olivia Jecklin

cc: all counsel of record (via ECF only)